THE STATE OF OHIO, APPELLEE, *v.* DICUS, APPELLANT.

[Cite as *State v. Dicus* (1997), 79 Ohio St.3d 1207.]

(Nos. 96–615 and 96–616—Submitted May 21, 1997—Decided July 2, 1997.)

*Steven D. Christopher,* for appellant.

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.